# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOE LEWIS VALENTINE,<br><br>Petitioner,<br><br>v.<br><br>F. GUZMAN,<br><br>Respondent. | No. CV 24-02127-VBF (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed, and the time to file objections has expired. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

Date: November 20, 2024

/s/ Valerie Baker Fairbank
_____
VALERIE BAKER FAIRBANK
United States District Judge