JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOE LEWIS VALENTINE, | No. CV 24-02127-VBF (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| F. GUZMAN, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Date: November 20, 2024          /s/ Valerie Baker Fairbank

_____

VALERIE B. FAIRBANK
United States District Judge